An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THE GUARANTEE COMPANY OF
NORTH AMERICA USA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
ARIZONA CIVIL CONSTRUCTORS,
INC., A NEVADA CORPORATION,
Real Party in Interest.

No. 68098

**FILED**

JUL 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT
OF MANDAMUS OR PROHIBITION*

This original writ petition challenges a district court order granting a motion to enlarge the time in which to serve process.

Having considered the arguments set forth in the petition, we conclude that our intervention is unwarranted. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (noting that petitioner bears the burden of demonstrating that extraordinary relief is warranted). Petitioner has not supported its petition with an appendix, as required by NRAP 21(a)(4), that includes "a copy of any order or opinion, parts of the record before the respondent judge, . . . or any other original document that may be

15-22235

essential to understand the matters set forth in the petition." Without these documents this court is not in a position to grant extraordinary writ relief. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Jerry A. Wiese, District Judge
        The Faux Law Group
        Beasley Law Group, PC
        Eighth District Court Clerk